UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. 23-10006 |
| JODY S. MCINTYRE, | § | |
| DEBTOR | § | CHAPTER 11 |

### ORDER GRANTING SOUTH PADRE CAPITAL RESERVE, LLC 'S MOTION FOR RELIEF FROM AUTOMATIC STAY

On this day the Court considered South Padre Capital Reserve, LLC's Motion for Relief from the Automatic Stay.  After considering the evidence and the argument of counsel, the Court finds that cause exists to grant the relief requested.  It is therefore ORDERED that the automatic stay of 11 USC §362 is MODIFIED to permit South Padre Capital Reserve, LLC to take the following actions:

1. Obtain a setting in the 107th judicial district court on all appeals of the eviction judgments pending in that court;

2. In the event of a successful ruling on the eviction appeals, obtain writs of possession for 1515 Padre Boulevard, South Padre Island, Texas, Suite 1 and 1515 Padre Boulevard, South Padre Island, Texas, Suite 5 and the adjoining tow yard;

3. Serve writs of possession on all Debtor and all occupants of 1515 Padre Boulevard, South Padre Island, Texas, Suite 1 and 1515 Padre Boulevard, South Padre Island, Texas suite 5 and the adjoining tow yard and remove them from the premises

It is further ORDERED that the relief granted to South Padre Capital Reserve, LLC is IN REM as to the premises located at 1515 Padre Boulevard, South Padre Island, Texas, Suite 1, as to 1515 Padre Boulevard, South Padre Island, Suite 5, and the adjoining tow yard, and that the automatic stay in any other bankruptcy case filed in this Court is modified to permit South Padre Capital Reserve, LLC to take the actions described in this Order without any further order of this Court.

The stay remains in effect for all other purposes.

(Reserved for Judge's signature)

APPROVED:

*/s/Andrew K. Rozell*
Andrew K. Rozell
Attorney for South Padre Capital Reserve