# INITIAL REPORT CHECKLIST

## CHAPTER 11

CASE NAME: **Jody Sean McIntyre**

CASE NUMBER: **23-10006**          PETITION DATE: **01/13/2023**

Please check included items:

☑

☑ **Exhibit A**    <u>**Initial Report Summary**</u> is completed and attached.

☑ **Exhibit B**    <u>**Bank Account Declaration**</u> is completed and attached.

☑ **Exhibit C**    <u>**Insurance Statement**</u> is completed and attached.

☑ **Exhibit D**    <u>**Projected 90-Day Profit And Loss Statement**</u> is completed and attached.

☑ **Exhibit E**    <u>**Designation And Acceptance Of Individual Responsible For Discharging Debtor In Possession Duties**</u> is completed and attached.

☑ **Exhibit F**    <u>**Designation And Acceptance Of Individual Responsible For Preparation Of Financial Reports For Debtor In Possession**</u> is completed and attached.

☑ **Exhibit G**    <u>**Reporting of Pension, Retirement and Health Plans to the Office of the United States Trustee**</u> is completed and attached.

☑ **Exhibit H**    <u>**Waiver of Communications by the Attorney for the Debtor-In-Possession Regarding Administrative Matters**</u> is completed and attached.

☑ <u>**Signature Page**</u> – Print, sign, scan and insert.

1

**Exhibit A**
## INITIAL REPORT SUMMARY

CASE NAME: **Jody Sean McIntyre**                    CASE NUMBER:      **23-10006**

PETITION DATE:      **01/13/2023**

DEBTOR REPRESENTATIVE: [ ]  TITLE/POSITION: [ ]

|   | N/A | ✔ | |
|---|---|---|---|
| 1. | | | **DEBTOR TYPE:** (check all that apply)   Wage Earner ▼ |
| | ☐ | ✔ | INDIVIDUAL (including joint debtors) |
| | ◆ | ☐ | SMALL BUSINESS § 101 (51 D ) |
| | ◆ | ☐ | HEALTH CARE § 101 (27 A ) |
| | ◆ | ☐ | NON-SMALL BUSINESS [ ] |
| | ◆ | ☐ | REAL ESTATE |
| | ◆ | ☐ | SINGLE ASSET REAL ESTATE § 101 (51 B) |
| | ◆ | ☐ | IS THE DEBTOR A TAX EXEMPT ORGANIZATION UNDER TITLE 26 OF THE UNITED STATES CODE (the Internal Revenue Code) ? |
| 2. | ◆ | ☐ | IS THE DEBTOR A **PUBLICLY TRADED** ENTITY? |
| 3. | ◆ | ☐ | HAS A PLAN BEEN FILED WITH THE PETITION? |
| 4. | | | **NATURE OF DEBTS:** |
| | ☐ | ✔ | DEBTS ARE PRIMARILY CONSUMER DEBTS, DEFINED IN 11 U.S.C. § 101(8) AS "INCURRED BY AN INDIVIDUAL PRIMARILY FOR A PERSONAL, FAMILY, OR HOUSEHOLD PURPOSE." |
| | ◆ | ☐ | DEBTS ARE PRIMARILY BUSINESS DEBTS. |
| 5. | | | **REASONS FOR FILING:** |
| | | | To restructure personal and other debt and pay owed debt through a structured plan based upon future earnings |

2

CASE NAME: **Jody Sean McIntyre**                    CASE NUMBER:        **23-10006**

|    | N/A | ✔ |    |
|----|-----|-----|----|
|    |     |     | **IF DEBTOR IS AN INDIVIDUAL** (If not, skip to #13) |
| 6. | ☐ | ✔ | DID THE **INDIVIDUAL** DEBTOR RECEIVE CREDIT COUNSELING IN ACCORDANCE WITH § 109(h)? |
|    |     |     |    |
| 7. | ☐ | ✔ | DID THE **INDIVIDUAL** DEBTOR COMPLETE AND FILE SCHEDULE I AND J AS WELL AS FORM **B22B** ? |
|    |     |     |    |
| 8. | ☐ | ✔ | DID THE **INDIVIDUAL** DEBTOR FILE A LIST OF EXEMPTIONS? (SCHEDULE C) |
|    |     |     |    |
| 9. | ◆ | ☐ | DOES THE **INDIVIDUAL** DEBTOR HAVE DOMESTIC SUPPORT OBLIGATIONS AND HAS THE DEBTOR COMPLIED WITH § 704 (a) 10 (AS MADE APPLICABLE BY § § 1107,1106(a)(2))? |
|    |     |     | ☒ ☐  PROVIDED WRITTEN NOTICE TO THE HOLDER OF THE CLAIM. |
|    |     |     | ☒ ☐  PROVIDED WRITTEN NOTICE TO THE STATE CHILD SUPPORT ENFORCEMENT AGENCY OF SUCH CLAIM. |
|    |     |     | ☒ ☐  IS THE DEBTOR AWARE OF THE REQUIREMENTS OF § 704( )(1)(C ), AT THE TIME THE DEBTOR IS GRANTED A DISCHARGE. |
|    |     |     |    |
| 10. | ◆ | ☐ | HAS THE **INDIVIDUAL** DEBTOR FILED, IF APPLICABLE, THE REQUIRED INCOME TAX RETURNS WITH THE BANKRUPTCY COURT AND PROVIDED COPIES TO THE U.S. TRUSTEE? § 521(f)   THE MOST RECENT TAX RETURN FILED WITH THE I.R.S. IS YEAR [        ] |
|    |     |     |    |
| 11. | ☐ | ✔ | FOR THE INDIVIDUAL DEBTOR, HAS THE "STATEMENT OF SOCIAL-SECURITY NUMBER(S)" (FORM 21 B) BEEN SUBMITTED WITH THE CORRECT TAX IDENTIFICATION INFORMATION? |
|    |     |     |    |
| 12. | ☐ | ✔ | FOR THE INDIVIDUAL DEBTOR, IS THE DEBTOR AWARE OF IRS NOTICE 2006-83? |
|    |     |     |    |
|    |     |     | **IF DEBTOR IS A BUSINESS** |
| 13. | ◆ | ☐ | IS THE (NON-INDIVIDUAL) DEBTOR'S TAX IDENTIFICATION NUMBER CORRECT AS IT APPEARS ON THE CASE DOCKET? (If not, please correct the docket and enter here): [ **XX-XXXXXXX** ] |
|    |     |     |    |
| 14. | ◆ | ☐ | HAS THE CORPORATE DEBTOR FILED A LIST OF EQUITY SECURITY HOLDERS ACCORDING TO FRBP 1007(a)(3)? |
|    |     |     |    |
| 15. | ◆ | ☐ | DOES THE CORPORATE DEBTOR HAVE A CERTIFICATE OF GOOD STANDING WITH THE STATE? |
|    |     |     |    |

CASE NAME: Jody Sean McIntyre                      CASE NUMBER:    23-10006

|  | N/A | ☑ | |
|---|---|---|---|
| 16. | ◆ | ☐ | DID THE **CORPORATE / PARTNERSHIP** DEBTOR EXECUTE A CORPORATE / PARTNERSHIP RESOLUTION ALLOWING THE FILING OF THE BANKRUPTCY? |
| 17. | ◆ | ☐ | HAS THE **SMALL BUSINESS** § 101 (51 D) DEBTOR FILED THE MOST RECENT BALANCE SHEET, STATEMENT OF OPERATIONS, CASH FLOW STATEMENT, AND FEDERAL INCOME TAX RETURN WITH THE BANKRUPTCY COURT, OR A STATEMENT UNDER PENALTY OF PERJURY THAT NO FINANCIAL STATEMENTS HAVE BEEN PREPARED AND NO FEDERAL INCOME TAX RETURN HAS BEEN FILED? § 1116 |
| 18. | ◆ | ☐ | IS THE DEBTOR REQUIRED TO FILE **FORM B 26** "PERIOD REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST" FRBP 2015.3? |

| 19. | **TYPE OF BUSINESS OPERATIONS** (explanation): |
|---|---|
| | None - Personal Chapter 11 |

| 20. | NUMBER OF EMPLOYEES AT TIME OF FILING  0 |
|---|---|

| 21. | DATE BUSINESS COMMENCED/INCORPORATED |
|---|---|

| 22. | DATE PROPOSED PLAN OF REORGANIZATION TO BE FILED  05/12/2023 |
|---|---|
| | WITHIN:<br>120 DAY EXCLUSIVITY PERIOD FOR NON-SMALL BUSINESS.<br>180 DAY EXCLUSIVITY PERIOD FOR SMALL BUSINESS, 300 DAYS MAXIMUM.<br>90 DAYS FOR SINGLE ASSET REAL ESTATE (or pay adequate protection). |

| 23. | PROPOSED PLAN OF REORGANIZATION (explanation) |
|---|---|
| | Pay any post petition amounts due on any assumed leases, include pre-petition amounts due on any assumed leases in plan as administrative claims, pay current valuations of secured personal property amounts to creditors on any past due/defaulted secured property agreements, stay current/continue payments to non-past due secured property creditors (homestead), attempt to settle and re-negotiate unsecured debt with creditors.<br><br>Payments to creditors will be based on debtor's future earnings as I have no income presently and live and work in a seasonal trade/seasonal tourist area |

CASE NAME: Jody Sean McIntyre                           CASE NUMBER:        23-10006

| 24. | CORPORATE OFFICERS, PARTNERS, OR SOLE PROPRIETOR | | | |
|---|---|---|---|---|
| | LIST: | | 0.000 | $ 0 |
| | NAME | TITLE | PERCENT OWNERSHIP | COMPENSATION (PAST 12 MONTHS) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | (add additional sheets if needed) | | | |

| 25. | LIST ALL **INSIDERS** AS DEFINED IN SECTION 101(31)(A)-(F) OF THE UNITED STATES BANKRUPTCY CODE AND ANY COMPENSATION FOR THE LAST SIX MONTHS | $ 0 |
|---|---|---|
| | NAME | COMPENSATION (PAST 6 MONTHS) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | (add additional sheets if needed) | |

| | FINANCIAL CONDITION ON DATE OF FILING: | Dollars |
|---|---|---|
| 26. | TOTAL ASSETS | 25,000 |
| 27. | TOTAL DEBTS | 115,000 |
| 28. | CASH | 43.00 |
| 29. | INVENTORY | 0 |
| 30. | ACCOUNTS / NOTES RECEIVABLE | 0 |
| | UNCOLLECTIBLE | 0 |
| 31. | ACCOUNTS / NOTES RECEIVABLE FROM INSIDERS | 0 |

CASE NAME: Jody Sean McIntyre                    CASE NUMBER:      23-10006

| 32. | MACHINERY FIXTURES & EQUIPMENT | | | 0 |
|---|---|---|---|---|

| 33. | VEHICLES (TOTAL NUMBER AND VALUE) | 1 | | 500 |
|---|---|---|---|---|

### 34. REAL ESTATE                                                    $ 15,000

| LOCATION / DESCRIPTION | VALUE / DEBT | | LIEN HOLDER | MONTHS IN ARREARS |
|---|---|---|---|---|
| 2200 E Spanish Sky Road | 50,000 | 15,000 | Savvy Lands Inc | 0 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(add additional sheets if needed)

| 35. | TOTAL SCHEDULE B PROPERTY | | 60,543 |
|---|---|---|---|

### 36. TAXES OWED

| TAXING AUTHORITY | / AMOUNT | $ 0 |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(add additional sheets if needed)

| 37. | WAGES OWED | | $ 0.00 |
|---|---|---|---|

| 38. | NUMBER OF WAGE CLAIMS | | 0 |
|---|---|---|---|

| 39. | RENT OWED | $ 1,600 | MONTHS IN ARREARS | 1 |
|---|---|---|---|---|

CASE NAME: **Jody Sean McIntyre**                    CASE NUMBER:     **23-10006**

| 40. | SECURED DEBTS (DO NOT REPEAT OBLIGATIONS LISTED UNDER REAL ESTATE) | | | $ 0 |
|---|---|---|---|---|
| | LOCATION / DESCRIPTION | VALUE / DEBT | LIEN HOLDER | MONTHS IN ARREARS |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | (add additional sheets if needed) | | | |

| 41. | UNSECURED DEBTS (TOTAL) | 90,000 |
|---|---|---|

N/A ☑

| 42. | ☐ ☑ | IS THE DEBTOR'S MAILING ADDRESS CORRECT AS IT APPEARS ON THE CASE DOCKET?  If different, please update the docket and enter a correct mailing address for the debtor: |
|---|---|---|
| | | Address 1 |
| | | Address 2 |
| | | Address 3 |
| | | City / ST / Zip Code |

| 43. | ◆ ☐ | IS THE DEBTOR ATTORNEY'S MAILING ADDRESS CORRECT AS IT APPEARS ON THE CASE DOCKET? (If not please provide an address here): |
|---|---|---|
| | | Address 1 |
| | | Address 2 |
| | | Address 3 |
| | | City / ST / Zip Code |

| 44. | ◆ ☐ | IS THE DEBTOR ATTORNEY'S DOCKETED EMAIL ADDRESS AN ADDRESS THE U.S. TRUSTEE CAN USE FOR SENDING EMAILS? (If not please enter a current email address here): |
|---|---|---|

| 45. | | **CASE TO BE** | Enter Case Numbers |
|---|---|---|---|
| | ◆ ☐ | JOINTLY ADMINISTERED | |
| | ◆ ☐ | SUBSTANTIVELY CONSOLIDATED | |

**Exhibit B**

**<u>BANK ACCOUNT DECLARATION</u>**

CASE NAME: Jody Sean McIntyre

CASE NUMBER:    23-10006

All pre-petition bank accounts of the debtor-in-possession in the above-referenced case, are listed below **with date** closed :

| DEPOSITORY | ACCOUNT NAME | ACCOUNT NUMBER | DATE CLOSED |
|---|---|---|---|
| Valley Federal Credit Union | Jody McIntyre | 15978000 | |
| | | | |
| | | | |
| | | | |
| | | | |

All cash which is property of the estate has been or will be deposited in the following debtor-in-possession bank accounts at the following financial institution(s) **with proper styling on the accounts**:

| DEPOSITORY | ACCOUNT NAME | ACCOUNT NUMBER |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Regarding the debtor-in-possession bank account(s) listed above, the financial institution(s) listed above submits periodic reports to the United States Trustee regarding balances on hand in bankruptcy estate accounts, and pledges securities with the Federal Reserve or posts a bond in order to insure that estate funds balances exceeding federal deposit insurance limits are protected against loss in the event of the failure of the institution.  The United States Trustee will monitor the reports submitted by the institution(s) to assist the debtor-in-possession in insuring compliance with the provisions of 11 U.S.C. §345.  **FAILURE TO COMPLY WITH THE REQUIREMENTS OF 11 U.S.C. §345 CONSTITUTES GROUNDS FOR THE UNITED STATES TRUSTEE TO SEEK APPROPRIATE RELIEF FROM THE COURT, INCLUDING THE APPOINTMENT OF A TRUSTEE OR THE DISMISSAL OR CONVERSION OF THE CASE.**

## Exhibit C

## INSURANCE STATEMENT

CASE NAME:  **Jody Sean McIntyre**

CASE NUMBER:   **23-10006**

Each insurance certificate page should have the United States Trustee as a party to be notified should the debtor's insurance lapse or not be renewed for any reason.

| INSURER | TYPE | COVERAGE AMOUNT | POLICY NUMBER | EXPIRATION DATE | PAID THROUGH |
|---|---|---|---|---|---|
| State National Insurance Company | Renters Insurance Contents | 6,000 | JTY-2019-08134BC28D | 07/13/2023 | 02/14/2023 |
| State National Insurance Company | Renters Insurance Loss of Use | 1,800 | JTY-2019-08134BC28D | 07/13/2023 | 02/14/2023 |
| State National Insurance Company | Renters Insurance Personal Liability | 100,000 | JTY-2019-08134BC28D | 07/13/2023 | 02/14/2023 |
| State National Insurance Company | Renters Insurance Medical Payments | 1,000 | JTY-2019-08134BC28D | 07/13/2023 | 02/14/2023 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Exhibit D**

## PROJECTED 90-DAY PROFIT AND LOSS STATEMENT
### (Cash Basis)

CASE NAME: Jody Sean McIntyre

CASE NUMBER:     23-10006

| | Month | Month | Month |
|---|---|---|---|
| | December 2022 | December 2022 | December 2022 |
| **Sales:** | | | |
| Net Sales | | | |
| | | | |
| **Cost of Goods Sold:** | | | |
| Cost of Goods Sold (COGS) | | | |
| | | | |
| **Gross Profit (Sales Less COGS)** | $ 0.00 | $ 0.00 | $ 0.00 |
| Other Operating Income | | | |
| | | | |
| **Operating Expenses:** | | | |
| Officer/Mgmt Payroll | | | |
| Payroll - Other Employees | | | |
| Payroll Taxes | | | |
| Rental - Real Property | | | |
| Leases - Personal Property | | | |
| Repairs and Maintenance | | | |
| Insurance | | | |
| Telephone and Utilities | | | |
| Travel and Entertainment | | | |
| Misc. Operating Expenses | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Operating Expenses** | 0.00 | 0.00 | 0.00 |
| | | | |
| **Net Gain/(Loss) from operations** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **Non-Operating Income:** | | | |
| Interest Income | | | |
| Net Gain on Sale of Assets | | | |
| **Total Non-Operating Income/(Loss)** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| | | | |
| **NET INCOME/(LOSS)** | $ 0.00 | $ 0.00 | $ 0.00 |

10

**Exhibit E**

## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL RESPONSIBLE FOR DISCHARGING THE DUTIES OF THE DEBTOR IN POSSESSION

CASE NAME: Jody Sean McIntyre

CASE NUMBER:    23-10006

I hereby designate ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛, as provided under FRBP 9001(5), as the individual responsible for discharging the duties of the debtor-in-possession under 11 U.S.C. §1107, and as may be required by the court or the United States Trustee.

11

**Exhibit F**

## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL RESPONSIBLE FOR PREPARATION OF FINANCIAL REPORTS FOR DEBTOR-IN-POSSESSION

CASE NAME: **Jody Sean McIntyre**

CASE NUMBER:      **23-10006**

I, hereby designate ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛, as the individual responsible for the preparation of all financial reports as required by the court or the United States Trustee. Should this individual cease to be responsible for the preparation of financial reports, the debtor-in-possession will promptly designate another individual by serving upon the United States Trustee an amended Designation and Acceptance of Individual Responsible For Preparation of Financial Reports For Debtor-In-Possession.

**Exhibit G**

## REPORTING OF PENSION, RETIREMENT AND HEALTH PLANS

CASE NAME:   **Jody Sean McIntyre**

CASE NUMBER:      **23-10006**                                EIN: **NA** _____

Is this a public corporation?      ☐ Yes                      ☐ No

**1.  Does the debtor sponsor a group health or dental plan?**   ☐ Yes      ☐ No   If No, go to #2.

Premiums paid through   ☐ employee contributions   ☐ employer contributions

Are the premium payments current?   ☐ Yes               ☐ No

Benefits paid from         ☐ employee contributions   ☐ general assets of the company

Name and address of responsible officer: [_____]

Number of Plan participants: [_____]      Amount of Plan assets: $ [_____]

**2.  Does the debtor sponsor a pension plan?**   ☐ Yes   ☐ No

☐ 401(k) Plan            ☐ Profit Sharing Plan      ☐ Defined Benefit Plan

☐ Money Purchase Plan      ☐ Employee Stock Ownership Plan

Name and address of responsible officer: [_____]

Who is custodian of plan assets? [_____]

Do the employees make contributions to the Plan?      ☐ Yes         ☐ No

Have all employee contributions been forwarded to the trust fund: ☐ Yes    ☐ No

If the debtor maintains a defined benefit or money purchase plan, is it fully funded?   ☐ Yes      ☐ No

Have any trustees, officers, owners or board members of the debtor received any distributions from the plan within the last year? If so, please provide the name(s), address(es) and title:  (If needed attach list)
[_____]

Has the debtor company received any loans from the plan?  If so, please state the approximate date, amount and purpose of the loan. [_____]

Number of Plan participants: [_____]   Amount of Plan assets: $ [_____]

**A copy of this document will be provided to the Department of Labor**

**Exhibit H**

CASE NAME: **Jody Sean McIntyee**

CASE NUMBER:     **23-10006**

**Communications by Office of the United State Trustee
Regarding Administrative Matters**

**Part I: Purpose**

The United States Trustee is responsible for supervising the administration of cases under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code.  28 U.S.C.§ 586: [To fulfill this responsibility, the United States Trustee has issued Guidelines for Debtors-in-Possession. The Guidelines impose certain administrative and reporting responsibilities on chapter 11 debtors-in-possession.]*  In addition, debtors-in-possession must comply with certain statutory requirements such as a requirement to pay quarterly fees to the United States Trustee. 28 U.S.C. § 1930(a)(6).  The local Office of the United States Trustee is available to assist debtors-in-possession in fulfilling these requirements.   In addition, it is frequently necessary for the Office of the United States Trustee to contact debtors-in-possession concerning missing documents, incomplete forms, and other administrative matters.

**Part II: WAIVER election**

☑    The Office of the United States Trustee **MAY** contact my client directly concerning the administrative requirements of the United States Trustee.  These requirements include the proper completion of operating reports, the maintenance of appropriate insurance, banking arrangements, and the payment of quarterly fees.

☐    The Office of the United States Trustee **MAY NOT** communicate directly with my client concerning the administrative requirements of the United States Trustee.

Signature Page    **Jody Sean McIntyre**



**23-10006**

I hereby certify that I have received the United States Trustee's Guidelines For Debtors-In-Possession, that I have read and understand the guidelines, and agree to comply with the guidelines and the requirements set forth therein.

I further declare under penalty of perjury that the information provided on all **Exhibits** above and on any attachments hereto is true and correct to the best of my information and belief.

That the designees listed on Exhibits E and F understand and have accepted their responsibilities as provided under FRBP 9001(5), as the individual responsible for discharging the duties of the debtor-in-possession under 11 U.S.C. §1107, and as may be required by the court or the United States Trustee, and as the individual responsible for preparation of the financial reports for the debtor-in-possession.

Date 02/07/2023          Signature _____
                                    Debtor-In-Possession


Date_____     Signature _____
                                    Individual Responsible for Discharging the
                                    Duties of the Debtor-In-Possession


Date_____     Signature _____
                                    Individual Responsible for Preparing the
                                    Financial Reports for the Debtor-In-Possession


The undersigned attorney for the debtor in possession, has read and reviewed with the debtor-in-possession the United States Trustee's Guidelines For Debtor-In-Possession, as well as completed Exhibit H, **Communications by Office of the United State Trustee Regarding Administrative Matters** .


Date _____     Signature _____
                                    Attorney for Debtor

15

**Fill in this information to identify your case:**

Debtor 1    Jody             Sean            McIntyre
            First Name       Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number   23-10006
 (If known)

☐ Check if this is an
  amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1515 Padre Blvd | From 03/01/2021 | | From _____ |
| Number    Street | To 12/30/2022 | Number   Street | To _____ |
| SPI TX 78597 | | | |
| City    State  ZIP Code | | City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number   Street | To _____ |
| | | | |
| City    State  ZIP Code | | City    State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

| Debtor 1 | Jody | Sean | McIntyre | | Case number (if known) 23-10006 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $        0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2022)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $        0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $    6,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | None | $<br>$<br>$ | | $<br>$<br>$ |
| **For last calendar year:**<br>(January 1 to December 31, 2022)<br>YYYY | None | $<br>$<br>$ | | $<br>$<br>$ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021)<br>YYYY | None | $<br>$<br>$ | | $<br>$<br>$ |

Debtor 1   **Jody**              **Sean**      **McIntyre**
            First Name      Middle Name    Last Name          Case number (if known) 23-10006

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number   Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| City        State      ZIP Code | | | | ☐ Other _____ |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number   Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| City        State      ZIP Code | | | | ☐ Other _____ |
| Creditor's Name _____ | | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number   Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | | | | ☐ Suppliers or vendors |
| City        State      ZIP Code | | | | ☐ Other _____ |

---

| Debtor 1 | Jody | Sean | McIntyre | | Case number *(if known)* | 23-10006 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number     Street | | | | |
| | | | | |
| City                          State     ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number     Street | | | | |
| | | | | |
| City                          State     ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number     Street | | | | |
| | | | | |
| City                          State     ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number     Street | | | | |
| | | | | |
| City                          State     ZIP Code | | | | |

Debtor 1 __Jody_____ __Sean_____ __McIntyre_____   Case number *(if known)* __23-10006_____
First Name    Middle Name    Last Name

---

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title __Mcilhargey et al v.__ <br><br> __Hager et al__ <br><br> Case number __2020-DCL-3294__ | Breach of Contract, Non Compete, Civil Action | 107th District Court <br> Court Name <br><br> Number  Street <br> Cameron County T <br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number  Street _____ <br><br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name _____ <br><br> Number  Street _____ <br><br> City  State  ZIP Code | | _____ | $ _____ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |
| Creditor's Name _____ <br><br> Number  Street _____ <br><br> City  State  ZIP Code | Describe the property | Date | Value of the property <br> $ _____ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

---

Debtor 1  Jody          Sean        McIntyre
          First Name     Middle Name  Last Name                    Case number (if known) 23-10006

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | | | |
| City                    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

<table>
<tr><td><b>Part 5:</b></td><td><b>List Certain Gifts and Contributions</b></td></tr>
</table>

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number    Street | | | |
| City                    State    ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number    Street | | | |
| City                    State    ZIP Code | | | |
| Person's relationship to you | | | |

Debtor 1 __Jody_____ __Sean_____ __McIntyre_____          Case number (if known)__23-10006_____
First Name          Middle Name          Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name _____ | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| Number    Street _____ | | | |
| City    State    ZIP Code _____ | | | |

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid _____ | | _____ | $ _____ |
| Number    Street _____ | | _____ | $ _____ |
| City    State    ZIP Code _____ | | | |
| Email or website address _____ | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1  Jody _____ Sean _____ McIntyre _____         Case number (if known) 23-10006 _____
          First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ _____ |
| Number   Street | | | $ _____ |
| | | | |
| City           State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ _____ |
| Number   Street | | | $ _____ |
| | | | |
| City           State    ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number   Street | | | |
| | | | |
| City           State    ZIP Code | | | |
| Person's relationship to you | | | |
| Person Who Received Transfer | | | |
| Number   Street | | | |
| | | | |
| City           State    ZIP Code | | | |
| Person's relationship to you | | | |

| Debtor 1 | Jody | Sean | McIntyre | | Case number *(if known)* 23-10006 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

---

**Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ <br> Number    Street _____ <br> _____ <br> City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____ <br> Number    Street _____ <br> _____ <br> City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ <br> Number    Street _____ <br> _____ <br> City          State    ZIP Code | Name _____ <br> Number    Street _____ <br> _____ <br> City        State      ZIP Code | | ☐ No <br> ☐ Yes |

| Debtor 1 | Jody | Sean | McIntyre | | Case number (if known) 23-10006 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Mini Stor All**<br>Name of Storage Facility<br>**103 W Saturn**<br>Number   Street | Name<br><br>Number   Street<br>          78597 | Personal and Household Items | ☐ No<br>☑ Yes |
| **SPI          TX    78597**<br>City          State    ZIP Code | CityState  ZIP Code | | |

---

## Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br><br>Number   Street<br><br>City          State    ZIP Code | Number   Street<br><br>City          State    ZIP Code | | $ |

---

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br><br>Number   Street<br><br>City          State    ZIP Code | Governmental unit<br><br>Number   Street<br><br>City          State    ZIP Code | | |

---

Debtor 1 __Jody__ __Sean__ __McIntyre__          Case number (if known) __23-10006__
    First Name   Middle Name   Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State    ZIP Code | City          State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| _____ | Number   Street | | ☐ On appeal |
| Case number _____ | City          State   ZIP Code | | ☐ Concluded |

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| A+ProRecovery&TowingLLC | Describe the nature of the business | Employer identification number |
|---|---|---|
| Business Name | Towing and Recovery | Do not include Social Security number or ITIN. |
| 2216 Padre Blvd Ste B | | EIN:  8  4 - 3  9  3  6  3  8  3 |
| Number   Street | | |
| #453 | Name of accountant or bookkeeper | Dates business existed |
| SPI          TX    78597 | None | From 12/09/2019 To 12/10/2022 |
| City          State   ZIP Code | | |

| A+ProCompaniesLLC | Describe the nature of the business | Employer identification number |
|---|---|---|
| Business Name | Towing, Recovery, Public Investigations | Do not include Social Security number or ITIN. |
| 2216 Padre Blvd Ste B | | EIN:  8  5 - 1  9  5  3  8  9  9 |
| Number   Street | | |
| #453 | Name of accountant or bookkeeper | Dates business existed |
| SPI          TX    78597 | None | From 07/06/2020 To 02/07/2023 |
| City          State   ZIP Code | | |

Debtor 1   Jody          Sean      McIntyre                              Case number (if known) 23-10006
           First Name   Middle Name   Last Name

| Los Guys LLC | Describe the nature of the business | Employer identification number |
| Business Name | | Do not include Social Security number or ITIN. |
| 2216 Padre Blvd Ste B | Locksmith - Notary Services | EIN: 8 7 – 1 2 2 1 3 6 5 |
| Number  Street | | |
| #453 | Name of accountant or bookkeeper | Dates business existed |
| | None | |
| SPI         TX    78597 | | From 06/09/2021 To 02/07/2023 |
| City        State  ZIP Code | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes. Fill in the details below.

                                                      Date Issued

Name _____                   MM / DD / YYYY

Number   Street _____

_____

City           State   ZIP Code

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Jody M⸺_                              ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 02/07/2023                           Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case and this filing:**

Debtor 1  Jody _____ Sean _____ McIntyre
         First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number  23-10006

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1** 2200 East Spanish Sky Road
Street address, if available, or other description

Alpine _____ TX _____ 79830
City                State        ZIP Code

County _____

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: BLK 216, Sec 9, TR: 4844

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 50,000.00 | $ 35,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

fee simple

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2** _____
Street address, if available, or other description

_____
_____

City _____ State _____ ZIP Code

County _____

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Debtor 1  **Jody**          **Sean**          **McIntyre**                    Case number *(if known)* 23-10006
          First Name    Middle Name    Last Name

| | |
|---|---|

1.3.

Street address, if available, or other description

_____

_____

City          State     ZIP Code

_____

_____

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____          $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

- ☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................................................➔   $          35,000.00

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☑ Yes

3.1.  Make:  **Chevrolet**
      Model: **K3500**
      Year:  **1999**
      Approximate mileage: **300000**
      Other information:
      | Presently Inoperable, needs repair |
      |---|

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$        2,000.00          $        2,000.00

If you own or have more than one, describe here:

3.2.  Make:  _____
      Model: _____
      Year:  _____
      Approximate mileage: _____
      Other information:
      | |
      |---|

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____          $_____

Debtor 1    Jody          Sean        McIntyre                          Case number (if known) 23-10006
            First Name    Middle Name  Last Name

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[blank box]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[blank box]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1.** Make: Lance

Model: Unknown

Year: Unknown

Other information:

Truck Camper

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 300.00 | $ 300.00 |

If you own or have more than one, list here:

**4.2.** Make: GMC

Model: Palm Beach

Year: 1976

Other information:

RV

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 7,000.00 | $ 7,000.00 |

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................. →

$ 9,300.00

---

Debtor 1  Jody          Sean          McIntyre                    Case number (if known) 23-10006
          First Name    Middle Name   Last Name

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.** Household goods and furnishings

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.........  Household Furniture and Appliances, lines and blankets, cookware and kitchenware    $  3,500.00

**7.** Electronics

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.........  Laptop, other computer related peripherals, televisions and phones    $  1,500.00

**8.** Collectibles of value

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.........      $

**9.** Equipment for sports and hobbies

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.........  Canoe and Kayak    $  600.00

**10.** Firearms

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe.........  2 pistols and associated ammunition    $  1,000.00

**11.** Clothes

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.........  Everyday Clothing, shoes, jackets, hats    $  600.00

**12.** Jewelry

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe.........      $

**13.** Non-farm animals

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.........  I have a dog, he is a non-descript breed    $  400.00

**14.** Any other personal and household items you did not already list, including any health aids you did not list

☑ No
☐ Yes. Give specific information. .............      $

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................................➔    $  7,600.00

| Debtor 1 | Jody | Sean | McIntyre | | Case number *(if known)* | 23-10006 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ........................................................................................................  Cash: .................  $ _____ 80.00

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Valley Federal Credit Union | $ _____ 25.42 |
| 17.2. Checking account: | | $ _____ |
| 17.3. Savings account: | | $ _____ |
| 17.4. Savings account: | | $ _____ |
| 17.5. Certificates of deposit: | | $ _____ |
| 17.6. Other financial account: | | $ _____ |
| 17.7. Other financial account: | | $ _____ |
| 17.8. Other financial account: | | $ _____ |
| 17.9. Other financial account: | | $ _____ |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................

Institution or issuer name:

| | |
|---|---|
| | $ _____ |
| | $ _____ |
| | $ _____ |

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No
☐ Yes. Give specific information about them ........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ _____ |
| | 0% % | $ _____ |
| | 0% % | $ _____ |

Debtor 1    Jody      Sean      McIntyre         Case number *(if known)* 23-10006

First Name    Middle Name    Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific    Issuer name:
information about
them....................

$_____

$_____

$_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each    Type of account:    Institution name:
account separately.

| | |
|---|---|
| 401(k) or similar plan: | $_____ |
| Pension plan: | $_____ |
| IRA: | $_____ |
| Retirement account: | $_____ |
| Keogh: | $_____ |
| Additional account: | $_____ |
| Additional account: | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes......................    Institution name or individual:

| | |
|---|---|
| Electric: | $_____ |
| Gas: | $_____ |
| Heating oil: | $_____ |
| Security deposit on rental unit: Ilana Holloway | $ 1,600.00 |
| Prepaid rent: | $_____ |
| Telephone: | $_____ |
| Water: | $_____ |
| Rented furniture: | $_____ |
| Other: | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes......................    Issuer name and description:

$_____

$_____

$_____

Debtor 1  Jody        Sean        McIntyre                    Case number (if known) 23-10006
          First Name  Middle Name Last Name

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | $_____ |
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

| | $_____ |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

| | $_____ |

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific information about them.... Tow Operator License, Locksmith License   $_____250.00

---

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

| | Federal: | $_____ |
| | State: | $_____ |
| | Local: | $_____ |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

| | Alimony: | $_____ |
| | Maintenance: | $_____ |
| | Support: | $_____ |
| | Divorce settlement: | $_____ |
| | Property settlement: | $_____ |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............

| | $_____ |

---

Official Form 106A/B                    Schedule A/B: Property                    page 7

| Debtor 1 | Jody | Sean | McIntyre | | Case number *(if known)* 23-10006 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company
of each policy and list its value. ...

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information.................   $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. ................   Case # 2020-DCL-03294 unknown value of damages   $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ...................   $ _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information.............   $ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**   ➔   $ 1,955.42

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe......   $ _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☑ Yes. Describe......   Business computers, printers, multifuntion machines, phones, chairs, desks and as   $ 5,000.00

Debtor 1  Jody _____ Sean _____ McIntyre _____          Case number (if known) 23-10006
          First Name   Middle Name   Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe..... | Electronic trade tools, vehicle transport trade tools, transport trailer and dolly | $                5,500.00

**41. Inventory**

☑ No

☐ Yes. Describe..... | | $

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......   Name of entity:                    % of ownership:

                         _____      _____%    $_____

                         _____      _____%    $_____

                         _____      _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No

      ☐ Yes. Describe........ | | $_____

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
        information .........     _____    $_____

                                 _____    $_____

                                 _____    $_____

                                 _____    $_____

                                 _____    $_____

                                 _____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................... →   | $              10,500.00 |

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
              If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

                                                                              **Current value of the
                                                                              portion you own?**
                                                                              Do not deduct secured claims
                                                                              or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes..................... | | $_____

---

Debtor 1    Jody          Sean          McIntyre                    Case number *(if known)* 23-10006
            First Name    Middle Name   Last Name

48. **Crops—either growing or harvested**
   - ☐ No
   - ☐ Yes. Give specific information. ..........
   
   $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☐ No
   - ☐ Yes ......................
   
   $ _____

50. **Farm and fishing supplies, chemicals, and feed**
   - ☐ No
   - ☐ Yes ......................
   
   $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☐ No
   - ☐ Yes. Give specific information. ..........
   
   $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................ ➔   $ _____

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☑ No
   - ☐ Yes. Give specific information. ..........
   
   $ _____
   $ _____
   $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................................... ➔   $ _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ......................................................................... ➔   $      35,000.00

56. **Part 2: Total vehicles, line 5**                                                  $      3,000.00

57. **Part 3: Total personal and household items, line 15**                          $      7,600.00

58. **Part 4: Total financial assets, line 36**                                      $      1,955.42

59. **Part 5: Total business-related property, line 45**                             $     10,500.00

60. **Part 6: Total farm- and fishing-related property, line 52**                    $         0.00

61. **Part 7: Total other property not listed, line 54**                           + $         0.00

62. **Total personal property. Add lines 56 through 61.** ....................   $     23,055.42   Copy personal property total ➔  + $     23,055.42

63. **Total of all property on Schedule A/B. Add line 55 + line 62** ......................................................................   $     58,055.42

**Fill in this information to identify your case:**

Debtor 1    Jody     Sean      McIntyre
     First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number   23-10006
(If known)

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2200 East Spanish<br>Line from *Schedule A/B*: 1.1 | $50,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 41.001 - 41.003; Tex. Const., Art. 16, §§ 50, 51. |
| Brief description: Chevrolet K3500<br>Line from *Schedule A/B*: 3.1 | $2,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Texas Motor Vehicle Exemption law & 41.002(a)(9) |
| Brief description: Lance Truck Camper<br>Line from *Schedule A/B*: 4.1 | $300.00 | ☑ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | Jody | Sean | McIntyre | | Case number *(If known)* | 23-10006 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:   Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **GMC Palm Beach**<br>Line from *Schedule A/B:* **4.2** | $    7,000.00 | ☑ $   7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Furniture Appliances**<br>Line from *Schedule A/B:* **6** | $    3,500.00 | ☑ $   3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Computers electronic**<br>Line from *Schedule A/B:* **7** | $    1,500.00 | ☑ $   1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Canoe - Kayak**<br>Line from *Schedule A/B:* **9** | $    600.00 | ☑ $   600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Firearms**<br>Line from *Schedule A/B:* **10** | $    1,000.00 | ☑ $   1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Clothes**<br>Line from *Schedule A/B:* **11** | $    600.00 | ☑ $   600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Dog**<br>Line from *Schedule A/B:* **13** | $    400.00 | ☑ $   400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Cash on hand**<br>Line from *Schedule A/B:* **16** | $    80.00 | ☑ $   80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Credit Union**<br>Line from *Schedule A/B:* **17** | $    25.42 | ☑ $   25.42<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Rent Security Deposit**<br>Line from *Schedule A/B:* **22** | $    1,600.00 | ☑ $   1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Licenses**<br>Line from *Schedule A/B:* **27** | $    250.00 | ☑ $   250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |
| Brief description: **Lawsuit**<br>Line from *Schedule A/B:* **33** | $ | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | Section 42.002 - Personal Property |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jody | Sean | McIntyre |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number 23-10006
(If known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion if any |
|---|---|---|---|

**2.1** Savvy Lands Inc
Creditor's Name

2450 Louisiana St
Number     Street

Suite 400 #921

Houston          TX    77006
City             State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  01/03/2019

**Describe the property that secures the claim:**

BLK 216, Sec 9 TR: 4844

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   4  8  4  4

Column A: $ 15,000.00     Column B: $ 50,000.00     Column C: $

**2.2** Loan Star Title Loans
Creditor's Name

8304 Camp Bowie West Blvd
Number     Street

Fort Worth        TX    76116
City             State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred

**Describe the property that secures the claim:**

1999 Chevrolet K3500

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Column A: $ 3,000.00     Column B: $ 2,000.00

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 18,000.00

**Fill in this information to identify your case:**

Debtor 1  Jody                    Sean                    McIntyre
_____
First Name              Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name         Middle Name            Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number  23-10006
(If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name
_____

Number        Street
_____

_____
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name
_____

Number        Street
_____

_____
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  Jody _____ Sean _____ McIntyre _____
          First Name   Middle Name   Last Name

Case number (if known) 23-10006 _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
| --- | --- |

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**
Corporation Service Company
Nonpriority Creditor's Name
PO Box 2576
Number       Street
Springfield          IL        62708
City                 State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  n  a  n  a
When was the debt incurred?  08/12/2021

$  9,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Guarantee on business

**4.2**
Ilana Holloway c/o Alta Vista Realty, LLC
Nonpriority Creditor's Name
434 Boca Chica Blvd
Number       Street
Brownsville          TX        78520
City                 State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  n  a  n  a
When was the debt incurred?  02/07/2023

$  1,600.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Pre Petition Rent

**4.3**
Paul Stai
Nonpriority Creditor's Name
PO Box 140
Number       Street
Port Isabel          TX        78578
City                 State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  n  a  n  a
When was the debt incurred?  02/15/2021

$  14,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Loan

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 4

| Debtor 1 | Jody | Sean | McIntyre | | Case number *(If known)* 23-10006 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.4**

Portfolio Recovery Associates, llc
Nonpriority Creditor's Name

120 Corporate Blvd
Number        Street

Norfolk                                VA        23502
City                                         State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   0   4   6   3          $ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Unknown-Will update

---

Nonpriority Creditor's Name

Number        Street

City                                         State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __          $ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Nonpriority Creditor's Name

Number        Street

City                                         State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __          $ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| Debtor 1 | Jody | Sean | McIntyre | | Case number *(if known)* | 23-10006 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a.  $ 0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b.  $ 0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c.  $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e.  $ 0.00 |

|  | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f.  $ 0.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g.  $ 0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h.  $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 24,600.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j.  $ 24,600.00 |

Fill in this information to identify your case:

| Debtor | Jody | Sean | McIntyre |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse if filing)   First Name _____ Middle Name _____ Last Name _____

United States Bankruptcy Court for the: Southern District of Texas

Case number   23-10006
 (If known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Ilana Holloway c/o Alta Vista Realty LLC** <br> Name <br> **434 Boca Chica Blvd** <br> Number     Street <br> **Brownsville     TX     78520** <br> City     State     ZIP Code | Residential, Rent |
| 2.2 | **South Padre Capital Reserve, LLC** <br> Name <br> **2216 Padre Blvd STE B 185** <br> Number     Street <br> **South Padre Island     TX     78597** <br> City     State     ZIP Code | Commercial office space |
| 2.3 | **South Padre Capital Reserve, LLC** <br> Name <br> **2216 Padre Blvd STE B 185** <br> Number     Street <br> **South Padre Island     TX     78597** <br> City     State     ZIP Code | Commercial office space |
| 2.4 | **AT&T** <br> Name <br><br> Number     Street <br><br> City     State     ZIP Code | |
| 2.5 | Name <br><br> Number     Street <br><br> City     State     ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Jody          Sean          McIntyre
             First Name     Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name   Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number  23-10006
(If known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☑ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                    State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| *Column 1: Your codebtor* | *Column 2: The creditor to whom you owe the debt* |
|---|---|
| | Check all schedules that apply: |
| **3.1** A+ Pro Recovery & Towing LLC<br>Name<br>2216 Padre Blvd Ste B 453<br>Number      Street<br>South Padre Island      TX      78597<br>City                 State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line 4.1<br>☐ Schedule G, line _____ |
| **3.2** Castine Mcilhargey<br>Name<br>2216 Padre Blvd Ste B 158<br>Number      Street<br>South Padre Island      TX      78597<br>City                 State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line 4.1<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                 State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Official Form 106H                        Schedule H: Your Codebtors                        page 1 of 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jody | Sean | McIntyre |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number    23-10006
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1. Fill in your employment information.** | | | |
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | _____ | _____ |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | _____ | _____ |
| | **Employer's address** | _____ | _____ |
| | | Number   Street | Number   Street |
| | | _____ | _____ |
| | | _____ | _____ |
| | | City      State   ZIP Code | City      State   ZIP Code |
| | **How long employed there?** | _____ | _____ |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ _____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ _____ |

Debtor 1  Jody    Sean    McIntyre
    First Name   Middle Name   Last Name      Case number *(if known)* 23-10006

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.......................................... → 4. | $ 0.00 | $ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 0.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ |
| 8e. Social Security | 8e. | $ 0.00 | $ |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: household members contribute approximately | 8f. | $ 0.00 | $ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ 0.00 = $ 0.00 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: household members contribute approximately _____  11. + $ 3,000.00

**12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies  12. $ 3,000.00

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: I expect to make approximately $8000.00 per month after March 2023

**Fill in this information to identify your case:**

Debtor 1   Jody    Sean    McIntyre
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number 23-10006
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No
☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,600.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 15.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 35.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 25.00 |

Debtor 1    **Jody**          **Sean**          **McIntyre**          Case number *(if known)* 23-10006
             First Name      Middle Name      Last Name

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00

6. **Utilities:**

   6a.  Electricity, heat, natural gas | 6a. | $ 150.00

   6b.  Water, sewer, garbage collection | 6b. | $ 50.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 300.00

   6d.  Other. Specify: _____ | 6d. | $ _____

7. **Food and housekeeping supplies** | 7. | $ 280.00

8. **Childcare and children's education costs** | 8. | $ 0.00

9. **Clothing, laundry, and dry cleaning** | 9. | $ 20.00

10. **Personal care products and services** | 10. | $ 15.00

11. **Medical and dental expenses** | 11. | $ 65.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. | 12. | $ 120.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 5.00

14. **Charitable contributions and religious donations** | 14. | $ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance | 15a. | $ _____

   15b.  Health insurance | 15b. | $ _____

   15c.  Vehicle insurance | 15c. | $ 170.00

   15d.  Other insurance. Specify: _____ | 15d. | $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: Property Taxes | 16. | $ 30.00

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1 | 17a. | $ 0.00

   17b.  Car payments for Vehicle 2 | 17b. | $ 0.00

   17c.  Other. Specify: commercial lease unit 1 | 17c. | $ 500.00

   17d.  Other. Specify: commercial lease unit 5 | 17d. | $ 2,500.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: _____ | 19. | $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.  Mortgages on other property | 20a. | $ 0.00

   20b.  Real estate taxes | 20b. | $ 0.00

   20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00

   20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00

   20e.  Homeowner's association or condominium dues | 20e. | $ 0.00

Debtor 1    **Jody**          **Sean**          **McIntyre**          Case number *(if known)* 23-10006
     First Name     Middle Name     Last Name

---

21.  **Other.** Specify: _____      21.  +$_____0.00

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.      22a.  $_____5,380.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b.  $_____0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.      22c.  $_____5,380.00

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*      23a.  $_____0.00

    23b. Copy your monthly expenses from line 22c above.      23b.  −$_____5,380.00

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income*.      23c.  $_____-5,380.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ **No.**
    ☐ **Yes.**    Explain here: