United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-10006 |
| JODY SEAN MCINTYRE, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER
### CHAPTER 11 STATUS CONFERENCE

The Court conducted an initial status conference on February 9, 2023. It is therefore

**ORDERED** that:

1. on or before February 23, 2023, Debtor must

    i. close all current bank accounts and open a Debtor-In-Possession bank account at a United States Trustee ("*U.S.T.*") approved DIP bank;
    ii. provide proof of insurance on all assets to the U.S.T. listing the UST as a party of notice;
    iii. file motions to employ all professionals needed in this case;
    iv. File a completed Form B426
    v. File reports as required pursuant to 11 U.S.C. §1116

2. Additionally, Debtor must

    i. file small Monthly Operating Reports and pay U.S.T. fees as they become due;
    ii. attend the Initial Debtor Conference and First Meeting of Creditors;
    iii. file a Plan and Disclosure Statement on or before May 15, 2023
    iv. remain current on all post-petition I.R.S. returns and estimated payments including compliance with Section 346, with the deposit requirements of the Internal Revenue Code and its Regulations and with all state tax law requirements;
    v. file all necessary first day motions with the Court including Use of Cash Collateral

SIGNED February 9, 2023

_____
Eduardo V. Rodriguez
Chief Judge
United States Bankruptcy Court