United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-10006 |
| JODY SEAN MCINTYRE, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER
## SETTING HEARING
ECF # 7

1. A final hearing on the Motion For Relief From Stay filed by South Padre Capital Reserve, LLC shall be held before the United States Bankruptcy Court at 600 E. Harrison Street, Courtroom #5, Brownsville, Texas 78520 on March 3, 2023 at 2:00 p.m. (Central Standard Time).

2. The automatic stay will remain in effect pending further orders of this court.

3. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

6. No later than February 10, 2023 South Padre Capital Reserve, LLC must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED February 9, 2023

_____
Eduardo V. Rodriguez
Chief Judge
United States Bankruptcy Court