IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-10006 |
| JODY SEAN MCINTYRE, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

NOTICE OF
CHIEF UNITED STATES BANKRUPTY JUDGE RODRIGUEZ
PRESIDING FROM THE U.S. COURTHOUSE IN HOUSTON TEXAS
*Regarding ECF No. 7*

1. Notice is given to all parties that Chief United States Bankruptcy Judge Eduardo V. Rodriguez shall preside over the hearing on Motion for Relief from Stay filed by Movant, Interested Party South Padre Capital Reserve, LLC, ECF No. 7, currently scheduled for March 3, 2023, from the United States Bankruptcy Court, 515 Rusk, Courtroom No. 402, Houston Texas and via gotomeeting.

2. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person at the United States Bankruptcy Court at 600 E. Harrison Street, Courtroom #5, Brownsville, Texas 78520 unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Chief Judge Rodriguez at **832-917-1510,** conference room number **999276 and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.  **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically.  One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Chief Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. No later than February 21, 2023, Movant must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED February 16, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge