UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| JODY SEAN MCINTYRE § | |
| § | Case No. 23-10006 |
| Debtor. § | |

**TRUSTEE'S NOTICE OF INTENT TO CONDUCT A RULE 2004 EXAMINATION**

To:   Jody McIntyre, 2216 Padre Blvd, Ste B 158, South Padre Island, TX 78597-0204;
   Jody McIntyre, 1005 Ebony Lane, Laguna Vista, TX 78578

**PLEASE TAKE NOTICE** that Catherine Curtis (the "**Trustee**"), the chapter 7 trustee for the estate of A+ Pro Recovery and Towing LLC (the "**Debtor**"), files this *Notice of Intent to Conduct a Rule 2004 Examination* (the "**Notice**").

**PLEASE TAKE FURTHER NOTICE** this Notice was filed on February 20, 2023 and that per Fed. R. Bankr. P. 2004 and the Southern District of Texas' Local Bankruptcy Rule 2004-1, 14-days' notice must be given to A+ Pro Companies, LLC.

**PLEASE TAKE FURTHER NOTICE** that Jody McIntyre is to direct its response to Trustee's counsel, J. Maxwell Beatty, The Beatty Law Firm PC, at 1127 Eldridge Pkwy, Suite 300 #383, Houston, Texas 77077 or via email at max@beattypc.com.

**PLEASE TAKE FURTHER NOTICE** if Jody McIntyre does not serve a response, then the notice to conduct an examination is deemed ordered without require the entry of an order by the Court.

**PLEASE TAKE FURTHER NOTICE** that after the 14-day notice period, the Trustee will serve **Exhibit 1** upon Jody McIntyre seeking the production of certain documents identified in **Exhibit 1**.

Page **1** of **2**

Date: February 20, 2023												**THE BEATTY LAW FIRM PC**

*By: /s/ J. Maxwell Beatty*
J. Maxwell Beatty
State Bar No. 24051740
max@beattypc.com
1127 Eldridge Pkwy
Suite 300, #383
Houston, Texas 77077
Tel. 832-529-3381
Fax. 832-852-1266
*Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF CONFERENCE

I certify that, on January 15, 2023 and January 17, 2023, I conferred with Jody McIntyre regarding a reasonable examination schedule, including the dates production set forth in the notice and subpoena. Mr. McIntyre did not raise any objection to production by March 3, 2023.

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty

## CERTIFICATE OF SERVICE

I certify that, on February 20, 2023, a true and correct copy of this *Notice of Intent to Conduct a Rule 2004 Examination* was served upon all parties who have requested electronic notice through the Court's ECF system. In addition, a copy was served via U.S. Mail and via email as follows:

| | |
|---|---|
| Jody McIntyre | Jody McIntyre |
| 2216 Padre Blvd, Ste B 158 | 1005 Ebony Lane |
| South Padre Island, TX 78597-0204 | Laguna Vista, TX 78578 |
| jody@spi-tow.com | |
| mcjody05@gmail.com | |

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty
