**APPENDIX D**
**TO THE LOCAL RULES OF THE SOUTHERN DISTRICT OF TEXAS**

**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No:23-10006 | Name of Debtor:Jody Sean McIntyre |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Jody Sean McIntyre | Judge: Rodriguez |
| Travis Bence | Courtroom Deputy:Ana Castro |
| Any person called as a witness by another party | Hearing Date: March 3, 2023 |
| | Hearing Time: 2:00 PM |
| | Party's Name: South Padre Capital Reserve, LLC |
| | Attorney's Name: Andrew K. Rozell |
| | Attorney's Phone: 956/428-1282 |
| | Nature of Proceeding: Motion for Relief From State - In Rem Relief Requested |
| | |
| | |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Petition in Bankruptcy No. 22-10132 A+ Pro Towing and Recovery, LLC | | | | |
| 2 | Petition in Bankruptcy No. 22-10170; Castine McIlhargey | | | | |
| 3 | Order Striking Petition in 22-10170 | | | | |
| 4 | Order Setting Hearing On Appeals of Eviction Cases - 107th Judicial District Court | | | | |
| 5 | Eviction Judgment 2020-EFD00028 | | | | |
| 6 | Eviction Judgment 2021-EFD00031 | | | | |
| 7 | Notice of Appeal 2021-ECF00031 | | | | |
| 8 | Order Accepting Transfer 2022-CCL-168 | | | | |
| 9 | Order Granting Transfer 2022-CCL-168 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Order Granting Transfer 2021-CCL-1007 | | | | |
| 11 | Order Accepting Transfer 2021-CCL-1007 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

## CERTIFICATE OF SERVICE

I certify that on February 24, 2023, I served a true and correct copy of the attached Exhibit List and all exhibits on the persons listed on the attached service list.   Persons for whom an email address is shown were served by email. Persons for whom only a physical address is shown were served by first class mail.

*/s/Andrew K. Rozell*
Andrew K. Rozell