Please with withdraw claims 2-1 and 2-2 Filed under creditor number 12349752

ILANA HOLLOWAY
C/O ALTA VISTA REALTY, LLC
434 BOCA CHICA BLVD
BROWNSVILLE TX 78520

These claims were filed by the Internal Revenue Service not Ilana Holloway and should have been registered under creditor number 12368490

Thank you

Elizabeth Mason

Bankruptcy Specialist 01-83191

Area West/Territory 3/Insolvency Grp 5


Internal Revenue Service

STOP 5026 AUS

300 E 8th St

Austin, Texas 78701


512-499-5987 (desk)

888-855-0150 (fax)