UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 2 8 2023

NATHAN OCHSNER
CLERK OF COURT

IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| Jody Sean McIntyre, | § | |
| *Debtor* | § | Case No. 23-10006 |

# LETTER TO COURT

### CM/ECF ACCESS REQUEST

COMES NOW, Jody Sean McIntyre, (the "Debtor"), the debtor and debtor-in-possession in the above referenced bankruptcy case and requests this Honorable Court grant Debtor approval and access to the CM/ECF system for the purpose of electronically filing documents in the above listed case. This request is made in accordance with the **CM/ECF Attorney's User Guide,** page 9 under the section named as *"Filing User"* which reads as follows:


A person registered to file documents electronically with the Court.
Filing users must be one of the following:

• Admitted to practice before the United States District Court for the Southern District of Texas and a member in good standing of the Court.

• Admitted *pro hac vice*.

• Authorized to represent the United States of America.

1

OR

- Proceeding as a nonprisoner *pro se litigant* approved as a filing user by the Court.

A filing user must receive a login and password from the District to use the Court's electronic filing system

Debtor is proceeding as a nonprisoner *pro se litigant* and requests approval as a filing user by the Court. Debtor has a current active PACER account, has had said PACER account for approximately 20 years, is familiar with and experienced with PACER, the CM/ECF system, and electronic filing as well as the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and the Honorable Court's current Bankruptcy Local Rules.

Respectfully submitted this 28th day of February, 2023.

Respectfully submitted,

/s/ Jody S. McIntyre

**Jody S. McIntyre**
*Pro Se*
1005 Ebony Lane
Laguna Vista, TX 78597
Telephone: (956) 264-5688
Facsimile: (956) 246-4608
mcjody05@gmail.com