IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| Jody Sean McIntyre, | § | |
| *Debtor* | § | Case No. 23-10006 |

## ORDER GRANTING DEBTOR JODY SEAN MCINTYRE CM/ECF ACCESS

On this day the Court considered Debtor Jody Sean McIntyre's CM/ECF Access Request in the above referenced bankruptcy case. The Court having considered this Request finds no reason that the Request should not be granted. It is therefore ORDERED that this Court approves Debtor Jody Sean McIntyre as a CM/ECF filing user.

Dated:_____

(Reserved for Judge's Signature)