United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-10006 |
| JODY SEAN MCINTYRE, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER
*Resolving ECF No. 37*

Pending before the Court is a single matter self-styled as" Letter to Court – CM/ECF Access Request".  Accordingly, it is hereby

**ORDERED**: that

1. Jody Sean McIntyre is granted access to CM/ECF filing as a user, with such use to be limited to bankruptcy case No. 23-10006 and any related adversary proceeding.

2. This access shall be valid up to and including June 1, 2023 after which such time Jody Sean McIntyre my seek leave of this Court to extend his user access to the Court's CM/ECF filing system.

3. All relief not specifically granted herein regarding the CM/ECF Access Request is expressly DENIED.

SIGNED March 3, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge