UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| In re: | § |
| | §   Chapter 11 |
| JODY SEAN MCINTYRE | § |
| | §   Case No. 23-10006 |
| Debtor in Possession | § |

## ORDER GRANTING DEBTOR IN POSSESSION'S UNOPPOSED MOTION TO ASSUME AN UNEXPIRED LEASE OR EXECUTORY CONTRACT

Pending before the Court is DEBTOR IN POSSESSION'S UNOPPOSED MOTION TO ASSUME AN UNEXPIRED LEASE OR EXECUTORY CONTRACT. Accordingly, it is hereby

**ORDERED:** that

1. Jody Sean McIntyre's request to assume the unexpired Executory Contract held by Savvy Lands, LLC is hereby granted.