United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-10006 |
| **JODY MCINTYRE,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

**ORDER
TO SHOW CAUSE**

On January 13, 2023, Jody Mcintyre ("Debtor") filed a petition under Title 11, chapter 11 of the United States Bankruptcy Code.[1] On February 9, 2023, this Court ordered Debtor to file a chapter 11 plan and Disclosure Statement on or before May 15, 2023.[2] Debtor has not filed either document. It is therefore:

**ORDERED:** that

1. A hearing will be held on **June 9, 2023, at 11:00 a.m**. (Central Standard Time), at the United States Bankruptcy Court, 600 E. Harrison, Courtroom #5, Brownsville, TX 78520. Debtor and Debtor's counsel, if any, must attend the hearing where Debtor must be prepared to demonstrate to the Court (i) why Debtor has not complied with this Court's Order; and (ii) why the instant case should not be dismissed or converted to a proceeding under chapter 7 of the United States Code.

2. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. No later than May 19, 2023, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

---

[1] ECF No. 1.
[2] ECF No. 21.

SIGNED May 17, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge